UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson

    v.                                        Case No. 25-cv-1-SM

NH Attorney General, et al

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 1, 2025, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter Judgment and close the case.

**So Ordered.**

                                                Steven J. McAuliffe
                                              United States District Judge

Date: August 21, 2025

cc:  Kimberly Crosson, pro se